■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN LAWRENCE, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (G. Goldstein, J.), imposed October 10, 1989.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Mangano, P. J., Brown, Eiber, Balletta and Rosenblatt, JJ., concur.